UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| TIGRESS MCDANIEL, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | **CASE NO. 5:23-CV-406-D** |
| GREEN DOT CORPORATION, GREEN | ) | |
| DOT BANK, FINGERHUT, BLUESTEM | ) | |
| SALES, INC., EXPERIAN SERVICES | ) | |
| CORP., TRANSUNION DATA | ) | |
| SOLUTIONS LLC, TRANSUNION LLC, | ) | |
| EQUIFAX INFORMATION SERVICES | ) | |
| LLC, DOES, and WEBBANK, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that pursuant to the notice of voluntary dismissal filed September 14, 2023, [D.E. 39], defendant Equifax Information Services LLC is dismissed.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that pursuant to order entered January 9, 2024, [D.E. 51], the court DENIES plaintiff's motions to amend the complaint [D.E. 26, 27], GRANTS defendants Green Dot and Green Dot Bank's motion to amend its pleading [D.E. 23], DENIES as moot plaintiff's motion for extension of time to file [D.E. 34] a response and motion to strike [D.E. 35], GRANTS defendants' motions to dismiss the complaint [D.E. 14, 15, 21, 23, 30, 50], and DISMISSES WITH PREJUDICE plaintiff's claims against the moving defendants.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that pursuant to the order entered October 21, 2024 [D.E. 65], plaintiff's case is dismissed without prejudice against defendant Bluestem.

This Judgment filed and entered on October 21, 2024, and copies to:
All counsel of record as listed in this matter        (via CM/ECF electronic notification)
Tigress McDaniel                                       (via CM/ECF electronic notification)


October 21, 2024                        Peter A. Moore, Jr.
                                        Clerk of Court



                                By: /s/ Stephanie Mann
                                    Deputy Clerk